**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Michael R Cronin** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

Social Security number or ITIN   **xxx–xx–7739**

EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _

EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **18–32230**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael R Cronin

March 1, 2019

**For the court:**   Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                      Case No. 18-32230-PSH
Michael R Cronin                                            Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cmendoza1         Page 1 of 1          Date Rcvd: Mar 01, 2019
                              Form ID: 318             Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2019.
db             +Michael R Cronin,    1403 Danhof Dr,   Bolingbrook, IL 60490-4905
27307867       +Aes/wachovia Bank,    Attn: Bankruptcy Dept,    Po Box 2461,   Harrisburg, PA 17105-2461
27307870       +Conduent/Sallie Mae,    Attn: Claims Department,    Po Box 7051,   Utica, NY 13504-7051
27307871       +Dept of Ed / 582 / Nelnet,    Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
27307873       +FedLoan Servicing,    Attn: Bankruptcy,   Po Box 69184,   Harrisburg, PA 17106-9184
27307874       +Navient,   Attn: Bankruptcy,    Po Box 9000,   Wiles-Barr, PA 18773-9000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QPNMETROU.COM Mar 02 2019 07:08:00      Peter N Metrou,    Metrou & Associates PC,
                 123 W Washington St Suite 216,   Oswego, IL 60543-1049
27307868       +EDI: CAUT.COM Mar 02 2019 07:08:00      Chase Auto Finance,    Attn: Bankruptcy,   Po Box 901076,
                 Fort Worth, TX 76101-2076
27307869       +EDI: CHASE.COM Mar 02 2019 07:08:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15298,   Wilmington, DE 19850-5298
27307872       +EDI: DISCOVER.COM Mar 02 2019 07:08:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
27307875        EDI: WFFC.COM Mar 02 2019 07:08:00      Wells Fargo Bank,    Attn: Bankruptcy Dept,   Po Box 6429,
                 Greenville, SC 29606
27307876       +EDI: WFFC.COM Mar 02 2019 07:08:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,   Irvine, CA 92623-9657
                                                                                        TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
          Amanda J Wiese   on behalf of Creditor   JPMorgan Chase Bank, National Association
           bankruptcy@hsbattys.com,   bk4hsbm@gmail.com
          David H Cutler   on behalf of Debtor 1 Michael R Cronin  cutlerfilings@gmail.com,
           r48280@notify.bestcase.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou   trustee7@metandnem.com,   met.trustee7@att.net,pmetrou@ecf.epiqsystems.com
                                                                                        TOTAL: 4
```